| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-81-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| MELODIE ANN ANCHETA | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 3, 2012. The United States was represented by Assistant United States Attorney Ye-Ting Woo, and the defendant by Christopher Black.

The defendant had been charged with two counts of Assault Resulting in Serious Bodily Injury in violation of 18 U.S.C. §§ 2, 113(a)(6), 1115(a) and 1153. On or about December 4, 2009, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 37 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, participation in Moral Reconation Therapy Program, and no contact with the victim or witness, Angie Moses.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated March 21, 2012, U.S. Probation Officer Angela M. McGlynn asserted the following violation by defendant of the conditions of her supervised release:

1. Using cocaine on or before February 22, 2012, in violation of standard condition No. 7.

The defendant was advised of her rights, acknowledged those rights, and admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Marsha J. Pechman on May 17, 2012 at 3:00 p.m. After this hearing, defendant was remanded into custody pending a detention hearing scheduled for the next day.

On May 4, 2012 a detention hearing was held before the undersigned Magistrate Judge. Pending a final determination by the Court, the defendant has been released, subject to supervision and additional bond conditions.

DATED this 4th day of May, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Ye-Ting Woo
Defendant's attorney: Christopher Black
Probation officer: Angela McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2